[Nos. 16601-1-II; 16602-0-II.    Division Two.    June 24, 1994.]


THE STATE OF WASHINGTON, *Respondent*, v. KARLA
UNDERWOOD, *Appellant*.


THE STATE OF WASHINGTON, *Respondent*, v. TOMMY
UNDERWOOD, *Appellant*.


Appeals from judgments of the Superior Court for Pacific
County, Nos. 92-1-00098-7, 92-1-00099-5, Joel M. Penoyar, J.,
entered November 6, 1992. *Affirmed* by unpublished opinion
per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and
Houghton, J.


[No. 15582-6-II.    Division Two.    June 24, 1994.]


JERRY D. ELLIOTT, *Appellant*, v. THE EMPLOYMENT
SECURITY DEPARTMENT, *Respondent*.


Appeal from a judgment of the Superior Court for Thur-
ston County, No. 91-2-01453-9, Richard A. Strophy, J., en-
tered November 12, 1991. *Affirmed* by unpublished opinion
per Alexander, J., concurred in by Morgan, C.J., and Hough-
ton, J.


[No. 16454-0-II.    Division Two.    June 24, 1994.]


AMY E. CARRILLO, *Individually and as Personal
Representative, Appellant*, v. CARL D. OZIMEK, ET AL,
*Respondents*.


Appeal from a judgment of the Superior Court for Pierce
County, No. 91-2-06534-4, Waldo F. Stone, J., entered Sep-
tember 11, 1992. *Affirmed* by unpublished opinion per Pet-
rie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Alex-
ander, J.